# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| PAUL C. SISSON, | : | |
| Petitioner, | : | Case No.  3:09cv00038 |
| vs. | : | District Judge Thomas M. Rose<br>Magistrate Judge Sharon L. Ovington |
| WARDEN, North Central<br>Correctional Institution, | : | **DECISION AND ENTRY** |
| | : | |
| Respondent. | | |

The Court has reviewed *de novo* the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #15), to whom this case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.  Accordingly, it is hereby **ORDERED**

that:
1. The Report and Recommendations docketed on September 2, 2011 (Doc. #15) is ADOPTED in full;

2. Paul C. Sisson's Petition for Writ of Habeas Corpus (Doc. #3) is DENIED and DISMISSED with prejudice in its entirety;

3. A certificate of appealability under 28 U.S.C. § 2253(c) WILL NOT ISSUE with respect to this matter; and

4. This matter is TERMINATED on the docket of this Court.

September 20, 2011                              *s/THOMAS M. ROSE*

                                        _____
                                        Thomas M. Rose
                                        United States District Judge